# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
**600 WEST CAPITOL AVENUE**
**SUITE A-149**
**LITTLE ROCK, ARKANSAS  72201-3325**

**JAMES W. McCORMACK**  (501)604-5351
      **CLERK**  FAX(501)604-5321

May 31, 2017

Lynn Stillwell, Clerk
Phillips County Circuit Court      Certified Mail #7004 2510 0005 1677 1297
620 Cherry Street
Room 206
Helena, AR 72342

    Re:    *Murray  v. Union Pacific Railroad, et al.*
             Case No. 2:16-cv-0154-BSM
             Phillips County Circuit Court Case No. CV-16-00296

Dear Ms. Stillwell:

    Enclosed please find a certified copy of the Order, signed May 30, 2017, by Chief District Judge Brian S. Miller, in the above-referenced case.  Pursuant to the Order, the case is hereby remanded to the Phillips County Circuit Court. Also enclosed is a certified copy of the docket sheet and copies of all filed pleadings since the removal of this action.

    If you have any questions, please contact me at (501) 604-5351.

                  Sincerely,

                  JAMES W. McCORMACK, CLERK


                  By:   /s/ K. Rochelle
                          Deputy Clerk

cc:  Hon. Brian S. Miller
     Enclosures